JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROGER NOLASCO GUTIERREZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondent.

Case No. 5:26-cv-03060-SPG (PD)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of Habeas Corpus, filed at ECF No. 1, is GRANTED as to Claim Two, and the remaining claims are DISMISSED. Respondents shall release Petitioner Roger Nolasco Gutierrez (A # 241-679-653) unless he is provided, within seven (7) days of the date of this order, an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a), at which the Government will bear the burden of proof by clear and convincing evidence.

**IT IS SO ORDERED.**

DATED: October 14, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE